■ GEORGITSA TAGALIS et al., as Distributees in the Estate of SOCRATES MOSCAHLADES, Deceased, and on Behalf of All Other Distributees in the Estate of SOCRATES MOSCAHLADES, Deceased, Respondents, v. THEODORE MOSCAHLADES, as Ancillary Administrator of the Estate of SOCRATES MOSCAHLADES, Deceased, et al., Appellants.— Orders, entered on October 2, 1961, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of MORTON MILLER, Respondent, v. MAURICE WALLER et al., as Successor Trustees under the Will of THOMAS W. WALLER, Deceased, Appellants.— Order, entered on March 31, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of the Arbitration getween AL-BAR FASHIONS, INC., Appellant, and LOCAL 20 WATERPROOF GARMENT WORKERS' UNION, Respondent.— Order, entered on March 12, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS CAMP, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ IRENE R. LACKS, Respondent, v. HAROLD G. LACKS, Appellant.— Order, entered on February 17, 1961, so far as appealed from, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers' Union of Greater New York, Respondent, v. LUGAY FROCKS, INC., Appellant.— Order and judgment unanimously affirmed, with costs to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL JOHNSON, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ DAVID GUTTERMAN, Respondent-Appellant, v. SHAPIRO & COHEN, INC., et al., Appellants-Respondents, and NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, without costs. No opinion. Judgment unanimously affirmed, with costs to defendant-respondent, New York Central Railroad Company. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ (A) MAX KUSHNER v. MARTIN RARBACK, as Secretary-Treasurer, et al. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ. (B) JULIA KOI v. P. S. & M. CATERING CORP. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ. — [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ In the Matter of HENRY R. SHIELDS (Admitted as HYMAN SHEINBLUM), an Attorney. In the Matter of HAROLD MEYERS, an Attorney.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWIN KENNEDY.— Motion for leave to prosecute as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.